In the Matter of the Application of ISRAEL MANDEL and Another for Payment of Award, etc. In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., on the Northerly Side of Arrandale Avenue, etc., Flushing Heights, Borough of Queens, etc.— Motion granted. Matter referred to Hon. Edward B. Thomas, official referee. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

DOROTHEA LANGWITH, Respondent, v. ALFRED W. HERZOG, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HARRY G. LIESE, Appellant, v. BANY LEVY, Respondent.— Motion to open default granted, and case restored to the calendar of the January, 1924, term. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CORNELIUS MARTIS, Appellant, v. UNION TRANSPORT COMPANY, INC., Respondent.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RIVIERA CONSTRUCTION CORPORATION, Respondent, v. ANGELA GERTRUDE GRADY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EUGENE A. RUDIGER and Another, Appellants, v. JAMES S. COLEMAN and Others, etc., Respondents.— Motion to settle case on appeal to the Court of Appeals denied, on the ground that the duty of settling the case is not imposed upon this court. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ARTHUR J. STERN, Appellant, v. MARY AMDUR, Respondent.— Motion granted. Order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ADOLPH WITTEMANN, Respondent, v. AUSTIN L. SANDS and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.